# Third District Court of Appeal
## State of Florida

Opinion filed August 17, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2288
Lower Tribunal No. F17-11054
_____

**Marlon T. Murphy,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Marlon T. Murphy, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.